**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Marvin BAILEY, a/k/a Head, a/k/a
Larry Anderson, Defendant–
Appellant.**

No. 01–6945.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 21, 2002.

Decided March 27, 2002.

Clayton Reed Kaeiser, Miami, Florida, for Appellant. Michael Lee Keller, Office of the United States Attorney, Charleston, West Virginia, for Appellee.

Before WILKINS, NIEMEYER, and MICHAEL, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Marvin Bailey seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.

2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Bailey,* Nos. CR–96–191; CA–00–156–2 (S.D.W. Va. Mar. 16 & May 17, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*